**No. P66/240.**—Reedy Forwarding Company, Inc. *v.* United States, protests 63/4505 and 63/6986 (Tampa).

**No. P66/241.**—Sears, Roebuck and Co. *v.* United States, protests 63/6984 and 63/13947 (Tampa).

Rao, C.J. In accordance with stipulation of counsel that the merchandise consists of galvanized steel pipes or tubes not thinner than 0.065 inch, and not less than ⅜ inch in diameter, and that the issue involved herein is similar in all material respects to that in *Amerlux Steel Products Corp. et al.* v. *United States* (52 Cust. Ct. 83, C.D. 2441), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 5, 1966

**No. P66/242.**—Panation Trade Co. et al. *v.* United States, protests 64/11676, etc. (New York).

Oliver, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of "piano wire rosary bracelets" similar in all material respects to those the subject of *Devon Trading Company* v. *United States* (48 Cust. Ct. 451, Abstract 66761) and *The J. Orlando Co., Inc., et al.* v. *United States* (43 Cust. Ct. 115, C.D. 2114), the claim of the plaintiffs was sustained.